No. 90–1543. SIMMONS ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–1557. NOVOD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–1560. LOWRIMORE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–1566. DUNCAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–1580. SYLVESTER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 90–1588. MASTERS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–1590. KOSSEFF *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–6491. SENIOR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6557. FISHER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6586. HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6754. SCATES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6780. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6783. ELLIOTT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–6798. VASALLO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6811. MITCHELL *v.* HATCHER ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–6859. BROWN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.